UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-8064-FMO-GJS | Date | April 17, 2020 |
|---|---|---|---|
| Title | Dawn Herridge v. Nancy A. Berryhill | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| | None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On September 18, 2019, Plaintiff filed a Complaint seeking review of Defendant Commissioner of Social Security's ("Defendant") denial of her application for benefits. [Dkt. 1.] On March 9, 2020, Defendant filed an Answer and lodged the administrative record. [Dkts. 12, 13.] Pursuant to the Court's initial order, Plaintiff's Opening Memorandum ("Memorandum") was due on April 13, 2020. [See Dkt. 6.]

It is now four days past the April 13 deadline for filing a Memorandum and Plaintiff has neither filed her Memorandum nor a request for an extension of time to do so. Thus, it is unclear that Plaintiff intends to pursue this action.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Procedure, based upon her failures to comply with the Court's Orders and to file her Memorandum. **By no later than April 30, 2020,** Plaintiff shall file a response to this Order explaining her noncompliance. Alternatively, Plaintiff may satisfy her response obligation by simply filing her Memorandum; indeed, this course of action is preferable, as it will move this case forward.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-8064-FMO-GJS | Date | April 17, 2020 |
|---|---|---|---|
| Title | Dawn Herridge v. Nancy A. Berryhill | | |

    If Plaintiff files her Memorandum in Support of Complaint in compliance with the Order to Show Cause all other deadlines required by the Case Management Order will be extended accordingly.

    **Plaintiff is cautioned that the failure to comply with this Order To Show Cause on a timely basis – whether by filing a response or, preferably, filing her Memorandum – will result in the dismissal of this action under Rule 41(b).**

**IT IS SO ORDERED.**