UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAWN H.,

            Plaintiff

       v.

ANDREW M. SAUL, Commissioner of Social Security,

            Defendant.

Case No. 2:19-cv-08064-FMO (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report").  The deadline to file Objections to the Report has passed, and no Objections have bene filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1)    Plaintiff's request for an order remanding this case is DENIED;

(2)    The decision of the  Commissioner is affirmed; and

///

1     (3)       Judgment shall be entered dismissing this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: November 13, 2020        _____/s/_____

                            FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE